United States District Court
Southern District of Texas
ENTERED
AUG 2 6 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 21 1998
Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL ACTION NO. B-98-121-- |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, | § | |
| Respondent. | § | |

## ORDER

Mr. Colella's Motion to Proceed In Forma Pauperis and Affidavit in Support thereof having been considered, the motion is hereby GRANTED, and it is ORDERED that Mr. Colella be entitled to proceed in this matter without the payment of costs.

Signed this 21 day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE

ORDER - Page Solo