United States District Court
Southern District of Texas
ENTERED

AUG 26 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED

AUG 21 1998

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

PAUL RICHARD COLELLA, §
§
Petitioner, §
§
-VS- § CIVIL ACTION NO. B-98-121
§
GARY JOHNSON, Director, §
Texas Department of §
Criminal Justice, §
Institutional Division, §
§
Respondent. §

## ORDER

Counsels' Statement of Willingness to Accept Appointment having been duly considered, it is hereby ORDERED that:

1. Susan L. Karamanian of Locke Purnell Rain Harrell (A Professional Corporation) is appointed as lead counsel for Mr. Colella in federal habeas corpus proceedings.

2. Andrew Hammel of the Texas Defender Service is appointed co-counsel for Mr. Colella.

3. Work on this case performed by Mr. Hammel will be compensated at the rate of $125.00/hour, and interim billing will be permitted.

Signed this ___ day of August, 1998.

_____
UNITED STATES DISTRICT JUDGE

ORDER - Page Solo