United States District Court
Southern District of Texas
ENTERED
SEP 25 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

United States District Court
Southern District of Texas
FILED
SEP 24 1998
Michael N. Milby, Clerk of Court

10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL RICHARD COLELLA, § | |
| § | |
| Petitioner, § | |
| § | |
| -VS- § | CIVIL ACTION NO. B-98-121 |
| § | |
| GARY JOHNSON, Director, § | |
| Texas Department of § | |
| Criminal Justice, § | |
| Institutional Division, § | |
| § | |
| Respondent. § | |

ORDER

Upon due consideration of Petitioner's "Unopposed Motion for Leave to File Preliminary Petition for Postconviction Writ of Habeas Corpus, Subject to A Subsequent Amendment and/or Supplementation," it is hereby ORDERED that:

(1) Petitioner is granted leave to file the preliminary petition filed concurrently with the aforementioned Motion, with leave to file a supplemental and/or amended petition on or before January 22, 1999;

(2) a preliminary petition filed pursuant to this Order shall not be adjudicated by this Court until a final original petition is filed; and

(3) a supplemental and/or amended petition filed in accordance with this Order will be deemed to be timely filed, and to be an original, and not a "successive," petition.

IT IS SO ORDERED this 24 day of September, 1998.

_____
UNITED STATES DISTRICT JUDGE