//

United States District Court
Southern District of Texas
ENTERED

SEP 25 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

United States District Court
Southern District of Texas
FILED

SEP 24 1998

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL RICHARD COLELLA, Petitioner, | § § § § § |
| -VS- | § § § § CIVIL ACTION NO. B-98-121 |
| GARY JOHNSON, Director, Texas Department of Criminal Justice, Institutional Division, Respondent. | § § § § § |

## ORDER

The Petitioner's unopposed motion for a stay of execution, having been heard and duly considered, is hereby GRANTED, and it is ORDERED that Mr. Colella's execution is STAYED. It is further ORDERED that the Office of the Attorney General will immediately provide a copy of this order to the Texas Department of Criminal Justice.

Signed this 24 day of September, 1998.

_____
UNITED STATES DISTRICT JUDGE