*16*

United States District Court
Southern District of Texas
ENTERED

**DEC 1 0 1998**

Michael N. Milby, Clerk of Court
By Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

PAUL RICHARD COLELLA,                        §
                                             §
        Petitioner,                          §
                                             §
v.                                           §   CIVIL ACTION NO. B-98-121
                                             §
GARY L. JOHNSON,                             §
                                             §
        Respondent.                          §

## Order

Petitioner PAUL RICHARD COLELLA'S motion for leave to proceed *ex parte* on requests for investigative and expert assistance (Dkt. No. 12) is DENIED.

DONE at Brownsville, Texas, this _____10_____ day of December 1998.

_____
Hilda G. Tagle
United States District Judge

ClibPDF - www.fastio.com