23

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL RICHARD COLELLA | § |
| Petitioner, | § |
| -VS- | § CIVIL ACTION NO. B-98-121 |
| GARY JOHNSON, Director,<br>Texas Department of Criminal,<br>Institutional Division, | § |
| Respondent. | § |

**ORDER**

Before the Court is Petitioner Paul Richard Colella's Unopposed Redacted Motion for the Appointment of an Investigator. After considering Mr. Colella's pleadings, this Court is of the opinion that the Motion should be GRANTED. The investigator is appointed to assist Mr. Colella's counsel in the preparation of his habeas corpus petition and will be permitted to bill the Court directly and under seal.

Signed this ___ day of _____, 19__

_____
UNITED STATES DISTRICT JUDGE