24

United States District Court
Southern District of Texas
ENTERED

JAN 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| PAUL RICHARD COLELLA | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL ACTION NO. B-98-121 |
| GARY JOHNSON, Director, Texas Department of Criminal, Institutional Division, | § | |
| Respondent. | § | |

# ORDER

Before the Court is Petitioner Paul Richard Colella's Unopposed Redacted Motion for the Appointment of A Psychiatric Expert. After considering Mr. Colella's pleading, this Court is of the opinion that the Motion should be GRANTED. Mr. Colella may retain an appropriate expert of his own choosing and the expert will be permitted to bill the Court under seal.

Signed this ___ day of _____, 19__.

_____
UNITED STATES DISTRICT JUDGE