IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL ACTION NO. B-98-121 |
| GARY JOHNSON, Director,<br>Texas Department of Criminal,<br>Institutional Division, | § | |
| Respondent. | § | |

### ORDER GRANTING UNOPPOSED MOTION TO FILE SUPPLEMENTAL AND/OR AMENDED HABEAS PETITION

The Court has considered Petitioner's Unopposed Motion to Extend Time to File Supplemental and/or Amended Habeas Petition, and is of the opinion the motion should be GRANTED. It is therefore

ORDERED and Petitioner is ordered to file his Supplemental and/or Amended Habeas Petition on or before February 23, 1999.

Signed this ___14th___ day of ___January___, 1999.

_____
United States District Judge

DALLAS:299444.1

1