
28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 11 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA | § | |
| Petitioner, | § | |
| -VS- | § | CIVIL ACTION NO. B-98-121 |
| GARY JOHNSON, Director, Texas Department of Criminal, Institutional Division, | § | |
| Respondent. | § | |

## ORDER GRANTING UNOPPOSED MOTION TO FILE SUPPLEMENTAL AND/OR AMENDED HABEAS PETITION

The Court has considered Petitioner's Unopposed Motion to Extend Time to File Supplemental and/or Amended Habeas Petition, and is of the opinion the motion should be GRANTED. It is therefore

ORDERED and Petitioner is ordered to file his Supplemental and/or Amended Habeas Petition on or before March 23, 1999.

Signed this _11_ day of _Feb_, 1999.

_____
United States District Judge

DALLAS:299444.1