34

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| PAUL RICHARD COLELLA § | |
| § | |
| Petitioner, § | |
| § | |
| -VS- § | CIVIL ACTION NO. B-98-121 |
| § | |
| GARY JOHNSON, Director, § | |
| Texas Department of Criminal, § | |
| Institutional Division, § | |
| § | |
| Respondent. § | |

**ORDER**

Before the Court is Petitioner Paul Richard Colella's Ex Parte Motion to Permit Billing of Investigative and Expert Fees and Expenses in Excess of $7500 Pursuant to 21 U.S.C. § 848(q)(10)(b). After considering the Motion, this Court is of the opinion the Motion should be granted in order to provide "compensation for services of an unusual character or duration," and therefore that the Motion should be GRANTED.

Signed this 3 day of August, 1999

_____
UNITED STATES DISTRICT JUDGE