\

United States District Court
Southern District of Texas
ENTERED

AUG 0 4 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| PAUL RICHARD COLELLA<br><br>Petitioner,<br><br>-VS-<br><br>GARY JOHNSON, Director,<br>Texas Department of Criminal,<br>Institutional Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§<br>§   CIVIL ACTION NO. B-98-121<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Petitioner Paul Richard Colella's Ex Parte Motion to Permit Billing of

Investigative and Expert Fees and Expenses in Excess of $7500 Pursuant to 21 U.S.C.

§ 848(q)(10)(b). After considering the Motion, this Court is of the opinion the Motion should be

granted in order to provide "compensation for services of an unusual character or duration," and

therefore that the Motion should be GRANTED.

Signed this 3 day of August, 19 99.

_____
UNITED STATES DISTRICT JUDGE