43

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 14 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL RICHARD COLELLA, | § § § | |
| Petitioner, | § | |
| -VS- | § § | CIVIL ACTION NO. B-98-121 |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION GARY JOHNSON, Director | § § § § | |
| Respondent. | § | |

## ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of February 23, 2000 should be **ADOPTED** and that this case be **DISMISSED** without prejudice.

DONE in Brownsville, Texas, on this 14 day of March, 2000.

Hilda G. Tagle
United States Magistrate Judge